FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-2657

_____

MICHAEL ALFORD,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____


On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

February 4, 2019


PER CURIAM.

     AFFIRMED. *See Kokal v. State*, 901 So. 2d 766, 777 (Fla. 2005) ("We have repeatedly held that claims of ineffective assistance of postconviction counsel are not cognizable.").

ROWE, RAY, and OSTERHAUS, JJ., concur.


_____

     ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Alford, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.